UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNETTE COLE, | * | CIVIL ACTION NO.: 07-6749 |
| Plaintiff | * | |
| | * | JUDGE: M |
| VERSUS | * | |
| | * | MAGISTRATE: 1 |
| ALLSTATE INSURANCE COMPANY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiff, Waynette Cole, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 19th day of June, 2008.

_____
U.S. DISTRICT JUDGE